

Palisades Collection Agency
P.O Box 1244
Englewoods Cliffs, NJ 07632