IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Denise Sankey,              ) | |
|     Plaintiff,            ) | |
| ) | Civil Action No. 2:07-CV-411-WHA |
| v.                          ) | |
| ) | **COMPLAINT AND** |
| ) | **DEMAND FOR JURY TRIAL** |
| Palisades Collection Agency, ) | |
| ) | |
|     Defendant.           ) | |

## REPORT OF PARTIES PLANNING MEETING

1. <u>Appearances.</u>  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held via telephone on August 1, 2007 among the following participants:

   Andy Nelms
   Law Offices of Jay Lewis, LLC
   Attorney for Plaintiff

   Matt Parnell
   Parnell and Crum
   Attorney for Defendant

2. <u>Pre-Discovery Disclosures.</u>  The parties will exchange by September 3, 2007, the information required by Fed. R. Civ. P. 26(a)(1).

1. <u>Discovery Plan.</u>  The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on the following subjects:

      1. All information pertaining to Plaintiff's claims and damages.

      2. All information pertaining to Defendants' defenses.

      3. Facts known to other persons believed to have discoverable information relevant to the claims and defenses of the parties.

   b. All discovery commenced in time to be completed by August 25, 2008.

   c. There will be a maximum of 25 interrogatories by each party to any other party.

        The responses will be due 30 days after service.

    d.     There will be a maximum of 30 requests for production of documents by each party to any other party. The responses will be due 30 days after service.

    e.     There will be a maximum of 25 requests for admission by each party to any other party. Responses will be due 30 days after service.

    f.     The parties agree that no more than 10 depositions may be taken by a party without leave of the court or agreement of the parties. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

    g.     Supplementation of the disclosures under Rule 26(e) will be due within 30 days before the end of the discovery period.

4. Other items.

    a.     <u>Scheduling Conference</u>
The parties do not request a conference with the court before entry of the scheduling order.

    b.     <u>Pretrial Conference</u>
The parties request a pretrial conference in September 2008.

    c.     <u>Additional Parties, Claims and Defenses</u>
The parties must join additional parties and amend the pleadings by October 18, 2007.

    d.     <u>Dispositive Motions</u>
All potentially dispositive motions should be filed by June 10, 2008.

    e.     <u>Settlement</u>
Settlement and the possibility of mediation cannot be evaluated until some discovery is complete.

    f.     <u>Trial Evidence</u>
The final list of witnesses and trial evidence under Rule 26(a)(3) should be due three weeks before trial. The parties should have 10 days after service to list objections under Rule 26(a)(3). In any event, the following dates should control pretrial exchanges:
The final list of witnesses and trial evidence under Rule 26(a)(3) should be due September 8, 2008.
The Parties should have fourteen (14) days after service to list objections under Rule 26(a)(3).
Identification of responsive parts to depositions should be due by September 15,

       2008.
Voir dire questions, motions in limine fully briefed, and any proposed jury instructions should be due by October 6, 2008.

   g.   <u>Trial Date</u>
This case should be ready for trial by October 20, 2008, and at this time is expected to take approximately two days of trial time.

Date: August 14, 2007

| | |
|---|---|
| /s/ Andy Nelms<br>Attorney for Plaintiff<br>P.O. Box 5059<br>Montgomery, Alabama, 36103<br>334-263-7733 (voice)<br>334-263-7733 (fax)<br>andynelms@jaylewislaw.com<br>ASB-6972-E63K | /s/ J. Matthew Parnell<br>Attorney for Defendant<br>P.O. Box 2189<br>Montgomery, Alabama 36102-2189<br>334-832-4200 (voice)<br>334-213-0260 (fax)<br>ASB-0703-S81P |