IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DENISE SANKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv411-WHA |
| | ) |
| PALISADES COLLECTION AGENCY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Due to a change in the court's calendar, the trial of this case, previously scheduled for a term of court set to commence on October 20, 2008, is RESCHEDULED for a term of court set to commence on October 27, 2008. The pretrial hearing, previously scheduled for September 15, 2008, is RESET for September 25, 2008, at a time to be set by later order. All deadlines determined by the trial and pretrial dates shall be governed by these new dates. All other deadlines contained in the Uniform Scheduling Order shall remain in full force and effect.

DONE this 22nd day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE