IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

Dorothy Bentley

Plaintiff,

v.

Jimmy Abbott, et al.

Defendants,

CASE NO. 3:07-cv-873-MHT

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Dorothy Bentley, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity          Relationship to Party

11/30/2007
Date

/s/ K. ANDERSON NELMS
(Signature)

K. Anderson Nelms
(Counsel's Name)

Dorothy Bentley
Counsel for (print names of all parties)

Address, City, State Zip Code

Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__EASTERN__ DIVISION

**CERTIFICATE OF SERVICE**

I, K. Anderson Nelms, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30 day of November 20 07, to:

Bart Harmon

Gary L. Willford, Jr.

11/30/2007
Date

/s/ K. Anderson Nelms
Signature