IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

Denise Sankey, )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-CV-411-WHA
)
Palisades Collection Agency, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Palisades Collection, LLC, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Asta Funding, Inc. | Palisades Collection, LLC, is a subsidiary of 100% owned by Asta Funding, Inc., a publicly held corporation. |

12/6/2007
Date

/s/ Charles N. Parnell, III
(Signature)

Charles N. Parnell, III
(Counsel's Name)

Palisades Collection, LLC
Counsel for (print names of all parties)

P.O. Box 2189
Montgomery, AL 36102-2189
Address, City, State Zip Code

(334) 832-4200
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, Charles N. Parnell, III _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _6th____ day of _December_____ 20_07_, to:

Hon. Andy Nelms

Attorney for Plaintiff

P.O. Box 5059

Montgomery, AL  36103


12/6/2007                                    /s/ Charles N. Parnell, III
    Date                                          Signature