IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DENISE SANKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv411-WHA |
| | ) |
| PALISADES COLLECTION AGENCY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the plaintiff's motion to compel (doc. # 17). Upon consideration of the motion, and for good cause, it is

ORDERED that oral argument on the motion be and is hereby SET for **September 9, 2008, at 2:00 p.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that, on or before September 5, 2008, the defendant shall show cause why the motion should not be granted.

Done this 28th day of August, 2008.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        UNITED STATES MAGISTRATE JUDGE